**1**

E. C. FRIERSON v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. April 11, 1924.) No. 4139. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. A. B. Galloway, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

---

**2**

John GAMMON v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4183. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

---

**3**

John A. GROGAN, Collector of Internal Revenue for the First District of Michigan, v. Bryant WALKER, Executor of the Will of Charles A. Kent, Deceased.* (Circuit Court of Appeals, Sixth Circuit. March 14, 1924.) No. 3984. In Error to the District Court of the United States for the Eastern District of Michigan; Tuttle, Judge. For opinion below, see 283 Fed. 530. Earl J. Davis, U. S. Atty., of Detroit, Mich., for plaintiff in error. Walker & Spalding, of Detroit, Mich., for defendant in error.

PER CURIAM. Judgment of the District Court affirmed, upon the authority of Knox v. McElligott, 258 U. S. 546, 42 Sup. Ct. 396, 66 L. Ed. 760.

---

**4**

Fannie Norman HULSEY v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4184. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

---

**5**

George KOEHLE v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. February 5, 1924.) No. 3914. In Error to the District Court of the United States for the Southern District of Ohio; Peck, Judge. Edwin M. Hurley and Allen C. Roudebush, both of Cincinnati, Ohio, for plaintiff in error. Benson W. Hough, U. S. Atty., of Columbus, Ohio.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**6**

Dean LANFORD, Joe F. Tinsley, and Lester F. Habel, Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. June 19, 1924.) No. 2277. In Error to the District Court of the United States for the Western District of. South Carolina, at Greenville. Robert J. Gantt, of Spartanburg, S. C., for plaintiffs in error. Joseph A. Tolbert, U. S. Atty., of Greenville, S. C.

PER CURIAM. On motion of defendant in error, cause is docketed and dismissed.

*Certiorari denied 266 U. S. —, 45 Sup. Ct. 91, 69 L. Ed. —.